**Stewart MANLEY, Plaintiff-Appellant,**

v.

**UNITED STATES of America, Defendant-Appellee.**

**No. 17-7418**

United States Court of Appeals, Fourth Circuit.

Submitted: December 19, 2017

Decided: December 22, 2017

Stewart Manley, Appellant Pro Se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stewart Manley appeals the district court's order denying his motion for a default judgment and granting the Govern-

ment's motion to dismiss his Federal Tort Claims Act complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Manley v. United States*, No. 1:16-cv-00363-AJT-IDD, 2017 WL 4401456 (E.D. Va. Sept. 29, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*